Jodie W. Cheng (SBN 292330)
jodie@jwc-legal.com
**JWC LEGAL**
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
(415) 293-8308

*Counsel for Plaintiffs*
*Candyman Kitchens Inc.;*
*Can You Imagine That! Confections Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDYMAN KITCHENS INC.; CAN YOU IMAGINE THAT! CONFECTIONS INC.<br><br>Plaintiffs,<br><br>v.<br><br>SWEETS INDEED, LLC; MARIE E. DANNETTELLE; GREGORY NATHANSON<br><br>Defendants. | CASE NO. 2:20-cv-841<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1, the undersigned, counsel of record for Plaintiffs Candyman Kitchens Inc. and Can You Imagine That! Confections Inc., certifies that no publicly held corporation owns 10% or more of Candyman Kitchens Inc. or Can You Imagine That! Confections Inc. Plaintiff Can You Imagine That! Confections Inc. is a wholly owned subsidiary of Plaintiff Candyman Kitchens Inc.

Pursuant to CIVIL LOCAL RULE 7.1-1, the undersigned certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Candyman Kitchens Inc.

DATED: January 27, 2020        Respectfully Submitted,

By */s/ Jodie W. Cheng*

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jodie@jwc-legal.com
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (415) 293-8308

*Counsel for Plaintiffs Candyman Kitchens Inc. and Can You Imagine That! Confections Inc.*