Jodie W. Cheng (SBN 292330)
jodie@jwc-legal.com
**JWC LAW FIRM**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel. (415) 293-8308
*Counsel for Plaintiff,*
*CANDYMAN KITCHENS INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDYMAN KITCHENS INC. <br><br> Plaintiff, <br><br> vs. <br><br> SWEETS INDEED, LLC; MARIE E. DANNETTELLE, <br><br> Defendants. | Case No. 2:20-cv-00841-SB-AGR <br><br> **PLAINTIFF'S UNOPPOSED MOTION CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER; AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT** <br><br> **Orig. Compl.**: Jan. 27, 2020 <br> **Orig. Resp. Pldg.**: June 12, 2020 <br> **Judge**: Hon. Stanley Blumenfeld Jr. |

## NOTICE OF MOTION AND MOTION

To the Honorable Court, all parties, and their attorneys of record:

PLEASE TAKE NOTICE that Plaintiff CANDYMAN KITCHENS INC. ("Candyman"), by and through its attorneys, will and hereby does move this Court to continue the deadlines of the "Schedule of Trial and Pretrial Dates" (Dkt. 42) by two months. As explained in the accompanying Memorandum of Points and Authorities, good cause and extraordinary circumstances, which satisfy the requirements of FED. R. CIV. P. 16(b) and other applicable rules, support modification of the case schedule. Pursuant to the Order Of The Chief Judge 20-179, this motion will be heard telephonically or by videoconference per the Court's instruction.

This motion is based on this Notice of Motion and Motion; the following Memorandum of Points and Authorities; the supporting declaration of Jodie W. Cheng and accompanying exhibits; all matters of which the Court may take judicial notice; the pleadings and documents on file in this case; and other written or oral argument that Candyman may present to the Court.

Pursuant to Civil Local Rule 7-3 and this Court's Standing Order, counsel for Candyman conferred with counsel for Defendants Sweets Indeed, LLC and Marie E. Dannettelle (collectively, "Defendants") on at least January 22, 2021 and January 12, 2021 regarding Candyman's request to modify the case deadlines. Defendants stated that they would not oppose Candyman's motion seeking a two-month extension.

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Candyman Kitchens, Inc. ("Candyman"), submits this memorandum of points and authorities in support of its motion to continue the deadlines in the case management order (Dkt. 42) by two months.

## I. BACKGROUND

On January 27, 2020, Candyman filed this lawsuit concerning counterfeit novelty candy products and packaging that was advertised, offered for sale, or sold by Defendants Sweets Indeed, LLC and Marie E. Dannettelle (collectively, "Defendants"). After amendments (*see, e.g.*, Dkt. 30-1 at 2–3), Candyman filed the operative Third Amended Complaint on June 1, 2020 (Dkt. 35) for trademark and trade dress infringement, false designation of origin, false advertising, and unfair competition. Defendants answered on June 12, 2020. (Dkt. 36.) On July 2, 2020, the Court set the case deadlines described in the "Schedule of Trial and Pretrial Dates," which includes close of discovery on February 15, 2021 and trial set to commence on April 27, 2021. (Dkt. 42.)

Candyman has since diligently pursued discovery, including by engaging in written discovery and obtaining resolution of unavoidable discovery disputes from the magistrate judge (*see* Dkts. 47, 48, 49, 50). However, depositions remain to be taken, including the deposition of Candyman's President[1], David Klein, which Defendants noticed on January 15, 2021. Additionally, potential third-party discovery is outstanding. There have been no prior requests for extensions in this case.

Counsel for Candyman conferred (telephonically and by written correspondence) with Defendants' counsel on at least January 12, 2021 and January 22, 2021 regarding Candyman's request to extend the case deadlines by two months. On each occasion, Defendants' counsel confirmed in writing that they would not

---

[1] As a small, family-run business, Mr. Klein serves as Candyman's President, Director, Secretary, and Treasurer.

oppose a motion to extend the case schedule by two months.  (Cheng Decl. ¶¶ 7–8, 10.)

## II. GOOD CAUSE EXISTS TO EXTEND THE CASE DEADLINES

While Candyman has diligently pursued discovery and to move this case forward, these efforts have been severely impacted by the COVID-19 pandemic—which has impacted Candyman, a family-run small business led by Mr. David Klein, including through the sudden passing of Mr. Klein's wife.  (*See, e.g.*, Dkt. 35 ¶ 2 ("Candyman and its creative, novelty candy products are the brainchild of David Klein, who invented the world-famous Jelly Belly® in 1976, and his daughter, Roxanne (Roxy) Klein."); ¶ 4 ("Candyman's products gained widespread attention, in part because they are associated with Mr. Klein—who has been described by others as a "visionary when it comes to new tastes"; "destined to be in the candy business"' "kind, whimsical, and generous"; "unique in every facet"; and "a good person" who "breathe[s] life into" candy products—and his family . . . .").)  While the pandemic has caused significant disruption to small businesses across the country, the impact to Candyman and the family behind the brand, the Kleins, was exacerbated by the sudden, COVID-related passing of Mr. Klein's wife during the holiday season.  (Cheng Decl. ¶ 6.)

On December 29, 2020, counsel for Defendants requested that the parties conduct the mandatory Settlement Conference in January 2021.[2]  (*Id.* ¶ 4.)  Then, on January 15, 2021, almost a year after the filing of this case, Defendants noticed the deposition of Mr. Klein.  (*Id.* ¶ 9; Ex. A.)

However, the death of Mr. Klein's wife has significantly limited his ability and availability to participate in this case, including preparing and sitting for deposition,

---

[2] The parties have since agreed to conduct the Settlement Conference on February 17, 2021.  (Cheng Decl. ¶ 5.)  Therefore, Candyman does not seek to modify the deadline to conduct the Settlement Conference, which is currently set for March 1, 2021.  (*See* Dkt. 42.)

collecting documents and discovery, and engaging in strategic decision-making. (Cheng Decl. ¶ 11.)  The current case schedule not only sets close of discovery on February 15, 2021 but requires trial preparation to begin in March 2021.  (Dkt. 42 (*e.g.*, setting deadline for pre-trial filings on March 19, 2021).)  In view of the extraordinary circumstances attributed to the pandemic, as well as the current case schedule, good cause exists to extend the case deadlines by two months, which would allow Candyman to participate in the case.  (Cheng Decl. ¶ 12.)

### III.  REQUESTED EXTENSION

Candyman respectfully requests an extension of two months to the deadlines in this case as shown in the chart below:

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| Trial | 04/27/21 | 04/27/21 | 07/5/21 |
| Pretrial Conf., Motions in Limine | 04/02/21 | 04/02/21 | 06/09/21 |
| Discovery Cut-off | 02/15/21 | 02/15/21 | 04/30/21 |
| Last Day for Hearing Motions | 02/22/21 | 02/22/21 | 05/07/21 |
| Last Date to Conduct Settlement Conference | 03/01/21 | 03/01/21 | 03/01/21 |
| Pre-trial Filings | 03/19/21 | 03/19/21 | 05/21/21 |
| Hearing on MILs, Jury Instructions | 04/19/21 | 04/19/21 | 06/23/21 |
| File Final Trial Exhibit Stipulation | 04/22/21 | 04/22/21 | 06/28/21 |

As noted above and *supra*, n.2, Candyman does not request any modification to the deadline to conduct the Settlement Conference, which is scheduled for March 1, 2021.

Defendants do not oppose this motion.  (Cheng Decl. ¶¶ 8, 10.)

### IV.  CONCLUSION

For the foregoing reasons, Candyman respectfully requests that the Court continue the case deadlines by two months, as described above.

| | | |
|---|---|---|
| 1 | DATED: January 27, 2021 | Respectfully Submitted, |
| 2 | | |
| 3 | | By */s/ Jodie W. Cheng* |
| 4 | | |
| 5 | | JWC Law Firm<br>Jodie W. Cheng (SBN 292330)<br>jodie@jwc-legal.com |
| 6 | | 445 South Figueroa Street, 31st Floor |
| 7 | | Los Angeles, CA 90071<br>Tel. (415) 293-8308 |
| 8 | | |
| 9 | | *Counsel for Plaintiff,*<br>*Candyman Kitchens Inc.* |

# **CERTIFICATE OF SERVICE**

I, Jodie W. Cheng, certify that I filed this document via the Court's CM/ECF filing system, which will provide notice of the filing on all counsel of record.

Dated: January 27, 2021

/s/ *Jodie W. Cheng*
Jodie W. Cheng (SBN 292330)