```
JWC LEGAL
Jodie Cheng (SBN 292330)
445 South Figueroa Street 31st Floor
Los Angeles, CA 90071
Telephone: (415) 293-8308
Email: jodie@jwc-legal.com
Attorneys for Plaintiffs,
CANDYMAN KITCHENS INC.

MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendants,
SWEETS INDEED, LLC and Marie E. Dannettelle
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDYMAN KITCHENS INC., <br><br> Plaintiff, <br><br> v. <br><br> SWEETS INDEED, LLC; MARIE E. DANNETTELLE, <br><br> Defendants. | **Civil Case No. 2:20-cv-00841-SB-AGR** <br><br> **NOTICE OF SETTLEMENT** <br><br> **Pre-trial Conference:** June 11, 2021 at 8:00 am <br> **Trial:** July 12, 2021 <br> **Orig. Compl.:** Jan. 27, 2020 <br> **Orig. Resp. Pldg.:** June 12, 2020 <br> **Judge**: Hon. Stanley Blumenfeld Jr. |

1  Today, May 21, 2021, Plaintiff Candyman Kitchens Inc. and Defendants Sweets Indeed, LLC and Marie E. Dannettelle reached a settlement-in-principle of all claims in the above-captioned action.

The parties therefore respectfully request that the Court enter an Order continuing the pretrial conference and trial dates four (4) weeks to allow the parties sufficient time to prepare and execute a written agreement and file a Notice of Dismissal of the entire case.

Respectfully Submitted,

MANDOUR & ASSOCIATES, APC

Date: <u>May 21, 2021</u>

By: <u>  /s/ Ben T. Lila  </u>
Attorneys for Defendants,
SWEETS INDEED, LLC and Marie E. Dannettelle

JWC LEGAL

Date: <u>May 21, 2021</u>

By: <u>  /s/ Jodie Cheng  </u>
Attorneys for Plaintiff,
CANDYMAN KITCHENS INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I filed the foregoing:

**NOTICE OF SETTLEMENT**

with the Court's CM/ECF electronic filing system which will provide notice to the following:

> JWC LEGAL
> Jodie Cheng (SBN 292330)
> 445 South Figueroa Street 31st Floor
> Los Angeles, CA 90071
> Telephone: (415) 293-8308
> Email: jodie@jwc-legal.com

Dated: <u>May 21, 2021</u>

                                                  /s/ Ben T. Lila
                                          Ben T. Lila