JWC LEGAL
Jodie Cheng (SBN 292330)
445 South Figueroa Street 31st Floor
Los Angeles, CA 90071
Telephone: (415) 293-8308
Email: jodie@jwc-legal.com
Attorneys for Plaintiffs,
CANDYMAN KITCHENS INC.

MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendants,
SWEETS INDEED, LLC and Marie E. Dannettelle

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDYMAN KITCHENS INC., <br><br> Plaintiff, <br><br> v. <br><br> SWEETS INDEED, LLC; MARIE E. DANNETTELLE, <br><br> Defendants. | Civil Case No. 2:20-cv-00841-SB-AGR <br><br> **JOINT NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** <br><br> **Orig. Compl.**: Jan. 27, 2020 <br> **Orig. Resp. Pldg.**: June 12, 2020 <br> **Judge**: Hon. Stanley Blumenfeld Jr. |

1 **PLEASE TAKE NOTICE**

2  Plaintiff Candyman Kitchens Inc., by and through its counsel, dismisses
3 with prejudice any and all of its claims against Defendants Sweets Indeed, LLC
4 and Marie E. Danntelle.  The parties have reached a settlement and executed a
5 written agreement in furtherance thereof (*see* Dkt. 56).
6  Thus, the parties jointly submit this notice of dismissal with prejudice of this
7 action in its entirety.

Respectfully Submitted,

JWC LEGAL

Date: June 28, 2021

By:   /s/ Jodie W. Cheng
Attorneys for Plaintiff,
CANDYMAN KITCHENS INC.

MANDOUR & ASSOCIATES, APC

Date: June 28, 2021

By:   /s/ Ben T. Lila
Attorneys for Defendants,
SWEETS INDEED, LLC and Marie E. Dannettelle

## ATTESTATION OF CONCURRENCE
## & CERTIFICATE OF SERVICE

I, Jodie W. Cheng, am the ECF user whose ID and password are being used to effectuate the electronic filing of the foregoing document. I hereby attest that each of the signatories identified above has concurred in the filing of this document.

I further certify that I filed this document via the Court's CM/ECF filing system, which will provide notice of the filing on all counsel of record.

Dated: June 28, 2021

*/s/ Jodie W. Cheng*
Jodie W. Cheng (SBN 292330)